41 A.3d 857

**In the Interest of A.W.**

**Petition of G.B.**

**No. 28 EM 2012.**

Supreme Court of Pennsylvania.

April 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the "Permission to File Supplemental Motion to Nun [sic] Pro Tunc of Appeal Out of Time, and Legal Malpractice" are **DENIED.**

41 A.3d 857

**Roy ROBINSON, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Respondent.**

**No. 162 EM 2011.**

Supreme Court of Pennsylvania.

April 10, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and an Application for an Immediate Hearing are **DENIED.**